| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Jr., Paul J. | U.S. Court of Appeals-10th Cir | 03/27/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2013 to 12/31/2013 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Post Office Box 10113
Santa Fe, New Mexico
87504-6113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 03/27/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | State of New Mexico, Public Employees Retirement Assn. Volunteer Firefighter Pension | $1,200.00 |
| 2. 2013 | Santa Fe Co. Fire Fighter Stipend | $1,234.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | 2013 Chicago Seminar on Transportation Law & Litigation, Trans. Lawyers Association | 1/24-25/2013 | Chicago, Illinois | Presenter | Transportation, miscellaneous expenses and meal |
| 2. | 2013 National Cultural Heritage Moot Court, DePaul Law School | 2/22-24/2013 | Chicago, Illinois | Judge final round of Comp | Transportation, lodging and meals. |
| 3. | 2013 Irving R. Kaufman Memorial Securities Law Moot Court, Fordham Law School | 3/22-25/2013 | New York, New York | Judge final round of Comp | Transportation, lodging and meals. |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 03/27/2014 |

| | | | | |
|---|---|---|---|---|
| 4. | 2013, Board Meeting, Federal Judges Association | 4/23-25/2013 | Washington, D.C. | Board Member | Transportation, lodging, and meals. |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 03/27/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank, Sante Fe, NM | A | Int./Div. | K | T | | | | | |
| 2. Misc. Oil & Gas Interests (Lea & Eddy Co., NM)(Wyo, Texas) | A | Royalty | J | W | | | | | |
| 3. Rich Third Ltd. | B | Dividend | K | W | | | | | |
| 4. First National Tower Ltd. | A | Dividend | L | W | | | | | |
| 5. Northwestern Mutual Life | D | Int./Div. | L | T | | | | | |
| 6. IShares Core S&P Mid Cap - ETF | A | Dividend | L | T | Sold (part) | 01/02/13 | J | A | |
| 7. | | | | | Sold (part) | 03/01/13 | L | B | |
| 8. | | | | | Buy | 08/01/13 | L | | |
| 9. IShares Core S&P 500 ET Index Fund | A | Dividend | L | T | Buy | 03/01/13 | L | | |
| 10. | | | | | Buy | 05/01/13 | J | | |
| 11. | | | | | Sold (part) | 06/03/13 | J | A | |
| 12. | | | | | Sold (part) | 07/01/13 | L | B | |
| 13. IShares Barclays 3-7 Yr Treasurers | A | Dividend | | | Sold | 08/01/13 | L | A | |
| 14. ProShares Ultra ETF Mid Cap 400 - Non Trad ETF | A | Dividend | L | T | Buy | 01/02/13 | J | | |
| 15. | | | | | Sold (part) | 03/01/13 | L | B | |
| 16. | | | | | Buy | 08/01/13 | L | | |
| 17. ProShares Trust ETF Ultra 7-10 Yr Treasurers | A | Dividend | | | Sold | 08/01/13 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ProShares Ultra ET 500 2x Non Trad | A | Dividend | K | T | Buy | 03/01/13 | K | | |
| 19. | | | | | Sold (part) | 05/02/13 | J | A | |
| 20. | | | | | Buy | 06/03/13 | J | | |
| 21. | | | | | Sold (part) | 07/01/13 | K | A | |
| 22. IShares TR-Russell Index Fund 2000 | A | Dividend | | | Buy | 01/02/13 | L | | |
| 23. | | | | | Sold | 08/01/13 | L | B | |
| 24. Ultra Russell 2000 ProShares 2x Non Trad ETF | A | Dividend | | | Buy | 01/02/13 | K | | |
| 25. | | | | | Sold | 07/01/13 | K | A | |
| 26. IShares Barclays 3-7 Yr Treas. Bnd. | A | Dividend | | | Buy | 01/02/13 | L | | |
| 27. | | | | | Sold | 08/01/13 | L | A | |
| 28. Artisan Funds, Inc. Mid Cap | A | Dividend | J | T | Sold (part) | 12/10/13 | J | A | |
| 29. AQR Fds, Managed Futures Strategy | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 30. | | | | | Sold (part) | 10/18/13 | J | A | |
| 31. Cohen & Steers Rlty | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 32. | | | | | Sold (part) | 12/10/13 | J | A | |
| 33. Eaton Vance Global Macro Absolute Ret | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 34. | | | | | Sold (part) | 10/18/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FMI Fds, Focus Fund | A | Dividend | | | Sold | 10/18/13 | J | A | |
| 36. Goldman Sachs Tr. | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 37. | | | | | Sold (part) | 12/10/13 | J | A | |
| 38. John Hancock Fds, Global Absolute | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 39. | | | | | Sold (part) | 12/10/13 | J | A | |
| 40. Harbor Fund Cap. App. | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 41. | | | | | Sold (part) | 12/10/13 | J | A | |
| 42. Highland Long Short Equity Fd. (formerly Pyxis) | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 43. | | | | | Sold (part) | 12/10/13 | J | A | |
| 44. Artia Global Inv Fd. | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 45. | | | | | Sold (part) | 12/10/13 | J | A | |
| 46. Mainstay Fund High Yield Corp. Bond Fnd | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 47. | | | | | Sold (part) | 12/10/13 | J | A | |
| 48. Managers Fds Bond Fnd | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 49. | | | | | Sold (part) | 10/18/13 | J | A | |
| 50. MFS Ser. Tr X Emerging Mkts Debt | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 51. | | | | | Sold (part) | 12/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Met. West Fds, Total Ret Bnd | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 53. | | | | | Sold (part) | 12/10/13 | J | A | |
| 54. JP Morgan Tr 1 Intrepid Value | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 55. | | | | | Sold (part) | 10/18/13 | J | A | |
| 56. Heartland Value Plus | A | Dividend | J | T | Sold (part) | 12/10/13 | J | A | |
| 57. Oppenheimer Dev. Mkts | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 58. | | | | | Sold (part) | 12/10/13 | J | A | |
| 59. Oppenheimer Int'l Bnd Fd | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 60. | | | | | Sold (part) | 12/10/13 | J | A | |
| 61. PIMCO Fds Pac. Invt | A | Dividend | J | T | Buy | 10/18/13 | J | | |
| 62. PIMCO Fds PAC Commodity | A | Dividend | J | T | Buy | 10/18/13 | J | | |
| 63. | | | | | Sold (part) | 12/10/13 | J | A | |
| 64. Pioneer Ser. Tr 1, Small Cap | A | Dividend | J | T | Sold (part) | 10/18/13 | J | A | |
| 65. Turner Fds Spectrum | A | Dividend | | | Sold | 06/17/13 | J | A | |
| 66. Thornburg Int'l Value | A | Dividend | J | T | Sold (part) | 12/10/13 | J | A | |
| 67. Thornburg Inv. Tr. Inc. Builder | A | Dividend | J | T | Sold (part) | 10/18/13 | J | A | |
| 68. T. Rowe Price Summit Cash Reserves | A | Dividend | | | Sold | 01/02/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Neuberger Berman Alt. Funds | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 70. | | | | | Sold (part) | 12/10/13 | J | A | |
| 71. Broadview Fds, Tr Opp. Fd | A | Dividend | J | T | Buy | 11/12/13 | J | | |
| 72. | | | | | Sold (part) | 12/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 03/27/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Paul J. Kelly, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544